UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

YEKATERINA KLEYDMAN,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>UNSEALING ORDER</u>

Docket No 18-cr-310 (NGG)

  Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by DOJ Trial Attorney Debra Jaroslawicz, for an order unsealing the indictment.

  WHEREFORE, it is ordered that the indictment be unsealed.

Dated: Brooklyn, New York
    June 25, 2018

          *Steven Tiscione*
          _____
          HONORABLE STEVEN L. TISCIONE
          UNITED STATES MAGISTRATE JUDGE
          EASTERN DISTRICT OF NEW YORK